## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **HK BAUGH RANCH, LLC,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CRYSTAL CLEAR SPECIAL UTILITY** | § | **Case No. 1:23-cv-00077-DAE** |
| **DISTRICT, REGINA FRANKE, MIKE** | § | |
| **COX, DONALD BOSWORTH, ALLEN** | § | |
| **POOLEY, NICK REININGER, JACK** | § | |
| **CARSON, LOUIS UPTON, and** | § | |
| **ERNEST HARTMAN, JR.,** | § | |
| *Defendants* | § | |

## ORDER

Now before the Court are Plaintiff HK Baugh's Motion to Compel Production of Documents (Dkt. 33) and Motion to Compel Production of Documents from Non-Party M&S Engineering (Dkt. 34), both filed April 3, 2024, and the associated response and reply briefs.[1] On this date, the Court held a hearing on the motions at which counsel for the parties and M&S were present.

For the reasons stated from the bench during the hearing:

- Plaintiff HK Baugh's Motion to Compel Production of Documents (Dkt. 33) is **GRANTED IN PART** as to the three additional spreadsheets identified by the parties responsive to Request for Production No. 9 and otherwise **DENIED**.
- Plaintiff HK Baugh's Motion to Compel Production of Documents from Non-Party M&S Engineering (Dkt. 34) is **DENIED**.

It is **ORDERED** that the Clerk shall remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable David A. Ezra.

**SIGNED** on April 29, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Orders entered April 4, 2024, the District Court referred the Motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Rules of the United States District Court for the Western District of Texas.